UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Yufang Taggart and Melissa Bolton, | No. 2:19-cv-02470-KJM-JDP |
|---|---|
| Plaintiffs, | Bankr. Case No. 19-22029-B-7 |
| v. | Adversary Proceeding No. 19-02099-B |
| Richard Leon Roberts and Pamela Jean Hall, | ORDER |
| Defendants. | |

Previously this court granted withdrawal of the reference with respect to all plaintiffs' claims in the adversary action before the United States Bankruptcy Court for the Eastern District, *see* ECF No. 11, including personal injury tort claims, sexual harassment and a "false oaths" claim.

Plaintiffs move to dismiss their cause of action for denial of discharge under 11 U.S.C. § 727 ("false oath") while continuing to pursue their cause of action for nondischargeability under 11 U.S.C. § 523(a)(6) ("willful and malicious injury by debtor") solely against defendant Richard Leon Roberts.  Mot. Dismiss (MTD) Mem. P & A at 2, ECF No. 15-2; Morin Decl., ECF No. 15-3; Non-Opp'n, ECF No. 18.  The court submitted the matter without oral argument. *See* Minute Order, ECF No. 19.  The motion is **granted.**

/////

/////

1

(1) Plaintiff's second cause of action under § 727 for objection to discharge against defendants Richard Leon Roberts and Pamela Jean Hall is dismissed without prejudice.

(2) Because defendant Pamela Jean Hall is a defendant only in the § 727 cause of action, she is completely dismissed from the complaint.

(3) Any second amended complaint must be filed **within twenty-one days**.

This order resolves ECF No. 15.

IT IS SO ORDERED.

DATED: September 29, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE