Patricia P. Hollenbeck (SBN 121765)
Karen L. Alexander (SBN 265926)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: (619) 744-2200
Facsimile: (619) 744-2201
E-mail:  phollenbeck@duanemorris.com
              klalexander@duanemorris.com

Counsel for Defendants,
Richard Leon Roberts and Pamela Jean Hall

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YU FANG TAGGART AND MELISSA BOLTON,<br><br>PLAINTIFFS<br><br>vs.<br><br>RICHARD LEON ROBERTS AND PAMELA JEAN HALL,<br><br>DEFENDANTS | Case No.:  2:19-cv-02470-KJM-JDP<br><br>**STIPULATION AND ORDER CONTINUING THE DISCOVERY CUT-OFF AND EXPERT DISCLOSURE DATES**<br><br>Magistrate Judge:  Hon. Jeremy D. Peterson |

This Stipulation is hereby entered into by and between Plaintiffs Yu Fang Taggart and Melissa Bolton ("Plaintiffs"), and Defendant Richard Leon Roberts ("Defendant") by and through their respective counsel of record, as follows:

**WHEREAS**, the Court's Minutes for Scheduling Conference (Dkt 23) and Scheduling Order (Dkt. 24), the currently sets forth the following dates regarding fact discovery and expert disclosure:

Fact discovery cut-off: July 28, 2022

Expert disclosures to be completed by:  August 29, 2022

Rebuttal expert witnesses to be exchanged by: September 19, 2022

All expert discovery to be completed by: October 21, 2022; and

All dispositive motions, except for motions for continuances, temporary restraining orders or

other emergency applications, to be <u>heard</u> by: November 18, 2022.

**WHEREAS,** the parties request that these dates be continued by three months. This request is based on the following:

1. The parties have completed written discovery.

2. The parties have agreed to proceed with the depositions of Plaintiffs and Defendant, and anticipate scheduling them for the week of July 18, 2020.

3. A dispute has arisen between the parties as to whether additional depositions (beyond those of the two Plaintiffs and single Defendant) are appropriate in this matter.  Specifically, on June 20 and 21, 2022, Plaintiffs noticed nine third party witness depositions (primarily former students and current employees of Defendant's employer and non-party, Gurnick Academy) to take place between now and the close of fact discovery.  Defendant's counsel has objected to these depositions on the grounds that they exceed the narrow scope of the claims and discovery in this matter.  Furthermore, Defendant's counsel is presently preparing for a week-long civil jury trial in the Central District Court of California on August 4, 2022 and as such it would be extremely difficult to participate in nine third party depositions as well as the depositions of the two Plaintiffs and the Defendant before the close of fact discovery on July 28, 2022.

4. The parties met and conferred on June 22, 2022 about the third party depositions, but were unable to informally resolve their dispute.  Defendant's counsel advised that they intend to raise this issue with the Magistrate Judge at the earliest available opportunity.  The parties agreed to request a three-month continuance of the fact discovery cutoff and related deadlines so that the parties could get a ruling from the Magistrate Judge before proceeding with any third-party depositions, and also to accommodate Defendant's counsel's upcoming trial on August 4, 2022.

5. This is the parties' first request for a continuance of the fact discovery cutoff or related pre-trial dates, and the parties anticipate that three months will be sufficient time but not longer than necessary to obtain guidance from the Magistrate Judge and then complete all remaining discovery.

6. Should the Court be disinclined to continue all pre-trial dates by three months, the parties respectfully request that the fact discovery cutoff by extended by at least a month for the

reasons stated herein; the parties believe that expert disclosures could be made concurrently with the close of fact discovery if necessary and all remaining dates could remain as currently set.

**IT IS SO STIPULATED**.

Dated: June 23, 2022     **CLAYEO C. ARNOLD, PC**

By: */s/ Joshua H. Watson* (as authorized on June 23, 2022
Joshua H. Watson
*Attorneys for Plaintiffs Taggart and Bolton*

Dated: June 23, 2022     **DUANE MORRIS LLP**

By: */s/ Patricia P. Hollenbeck*
Patricia P. Hollenbeck
Karen L. Alexander
Attorneys for Defendants,
Richard Leon Roberts and Pamela Jean Hall

### ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves grants this Stipulation and continues the dates in the current case schedule by three months to the following dates:

Fact discovery cut-off: October 28, 2022

Expert disclosures to be completed by: November 29, 2022

Rebuttal expert witnesses to be exchanged by: December 19, 2022

All expert discovery to be completed by: January 21, 2023; and

All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, to be heard by: February 17, 2023.

**IT IS SO ORDERED.**

DATED: June 30, 2022.

CHIEF UNITED STATES DISTRICT JUDGE