1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10 YU FANG TAGGART and MELISSA BOLTON, | Case No.:  2:19-cv-02470-DJC-JDP |
| 11 | **PROTECTIVE ORDER FOR CIVIL TRIAL PURSUANT TO LOCAL RULE 141.1(b)(2)** |
| 12 Plaintiffs | |
| 13 vs. | Final Pretrial Conference: December 7, 2023 Trial:   February 12, 2024 |
| 14 RICHARD LEON ROBERTS, | |
| 15 Defendant. | District Court: Hon. Daniel J. Calabretta Magistrate Judge:  Hon. Jeremy D. Peterson |
| 16 | |

17
18
19

Pursuant to Local Rule 141.1(b)(2), this Court hereby enters the Protective Order for Civil

20

Trial jointly requested by the parties, as follows:

21

This action is a bankruptcy nondischargeability action under 11 U.S.C. § 523(a)(6).

22

Plaintiffs are former students of the ultrasound technology program at Gurnick Academy of Medical

23

Arts ("Gurnick") and Defendant is their former instructor.  The alleged events that form the basis of

24

Plaintiffs' claims against Defendant took place in a classroom and laboratory setting.

25

Given the nature of the claims and the school setting, the parties anticipate that some trial

26

exhibits and/or trial testimony may refer to the private and confidential educational records of former

27

students, including those who are not parties to this action.  Student educational records are

28

protected from public disclosure under the Family Educational Rights and Privacy Act ("FERPA"),

20 U.S.C. § 1232g, and many of the documents that are identified as trial exhibits were produced confidentially by non-party Gurnick pursuant to a civil discovery protective order.

The parties have jointly requested a civil protective order at trial to maintain the confidentiality of non-party students' educational records at trial.  Accordingly, this Court orders as follows:

(1)  Trial exhibits containing the educational records of non-party students will be sealed from the public record.  If a party seeks to include those trial exhibits in a filing, those exhibits should only be filed under seal or with the confidential portions redacted (if those portions are not necessary for the Court's determination of the issues before it).

(2)  The parties and their counsel should endeavor to avoid eliciting testimony about the educational records or performance of non-party former students, but if that information becomes necessary for the Court's determination of the issues before it, that portion of the trial testimony and any related argument shall be sealed from the public record.

(3)  This Order does not apply to Plaintiffs or any student who consents to the public disclosure of his/her educational records in this action.

**IT IS SO ORDERED.**

Dated:  December 1, 2023

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE


Submitted By:

Patricia P. Hollenbeck (SBN 121765)
Karen L. Alexander (SBN 265926)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: (619) 744-2200
Facsimile: (619) 744-2201
E-mail:  phollenbeck@duanemorris.com
             klalexander@duanemorris.com

Counsel for Defendant, Richard Leon Roberts