# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YU FANG TAGGART AND MELISSA BOLTON,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD LEON ROBERTS AND PAMELA JEAN HALL,<br><br>Defendants. | Case No.: 2:19-cv-02470-DJC-JDP<br><br>**STIPULATED REQUEST TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS**<br><br>District Court: Hon. Daniel J. Calabretta<br>Magistrate Judge: Hon. Jeremy D. Peterson |

The Court, having read and considered the parties' STIPULATED REQUEST TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS, finds good cause and therefore grants the stipulated request. The parties shall file dispositional papers in this matter on or before January 19, 2024.

IT IS SO ORDERED.

Dated:  January 12, 2024         /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE