Patricia P. Hollenbeck (SBN 121765)
Karen L. Alexander (SBN 265926)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: (619) 744-2200
Facsimile: (619) 744-2201
E-mail:  phollenbeck@duanemorris.com
              klalexander@duanemorris.com

Attorneys for Defendant,
Richard Leon Roberts

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YU FANG TAGGART and MELISSA BOLTON,<br><br>Plaintiffs<br><br>vs.<br><br>RICHARD LEON ROBERTS,<br><br>Defendant. | Case No.:  2:19-cv-02470-DJC-JDP<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br><br>District Court: Hon. Daniel J. Calabretta<br>Magistrate Judge:  Hon. Jeremy D. Peterson |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Fed. R. Civ. P. 41(a)(1)-(2) and Civil Local Rule 143, Defendant Richard Roberts and Plaintiffs Yu Fang Taggart and Melissa Bolton ("Plaintiffs," and with Roberts collectively, "the Parties"), hereby stipulate to Plaintiffs' dismissal with prejudice of all claims in this proceeding, with each side to bear its own costs and attorneys' fees, as follows:

## I. BACKGROUND

Plaintiffs filed a Complaint to Determine the Dischargeability of Debt and Objection to the Discharge of Defendants ("Adversary Complaint") in the United States Bankruptcy Court for the Eastern District of California on August 19, 2019 (Case No. 19-22029). The Adversary Complaint was filed in the parent bankruptcy case of Richard Leon Roberts and Pamela Jean Hall ("Defendants"). The Adversary Complaint sought to object to the discharge of certain personal-injury related debts of Richard Leon Roberts under 11 U.S.C. § 523 ("523 Claim") and to deny Defendants the entirety of their bankruptcy discharge under 11 U.S.C. § 727 ("727 Claim").

Defendants moved to withdraw the reference and transfer the entirety of the action to the District Court. ECF 1. While Defendants' motion to withdraw the reference was pending, the parties engaged in discovery solely related to the 727 Claim. Ultimately, the District Court granted Defendants' motion to withdraw the reference and the entirety of this action was transferred to the District Court. ECF 11.

After reviewing the discovery responses propounded by Defendants, Plaintiffs determined that they faced limited chance of success at trial on their 727 Claim. ECF 15-2. In an effort to conserve judicial resources and streamline this litigation, Plaintiffs decided in August 2021 to seek the dismissal of their 727 Claim while continuing to pursue their 523 Claim solely against Richard Leon Roberts, dismissing Pamela Jean Hall. ECF 15. Plaintiffs did not receive any consideration in exchange for their dismissal of the 727 Claim. ECF 15-2. Following dismissal of the of 727 Claim, an Order of Discharge in favor of Defendants on the 727 claim was granted (Bankruptcy Case No. 19-22029, Doc. 59).

The Parties then commenced discovery on the 523 Claim. After engaging in extensive discovery, including written discovery, party depositions, and deposing more than 10 non-party

former student and administrator witnesses, Plaintiffs determined that they faced limited chance of success at trial on their 523 Claim. In an effort to conserve judicial and party resources, Plaintiffs have now decided to dismiss with prejudice their 523 Claim—the only remaining claim in this proceeding. The Parties agree that the entire action shall be dismissed with prejudice. Defendant has agreed not to seek to recover his costs as the prevailing party, and Plaintiffs are receiving no consideration in exchange for dismissing their 523 Claim.

## II. STIPULATION

As discussed above, it is Plaintiffs' view that after investigation and substantial discovery related to the 523 Claim, there is serious doubt as to Plaintiffs' ability to prevail on their theories. Plaintiffs are not receiving any consideration in exchange for dismissal of their 523 Claim. Accordingly, the Parties stipulate and agree to Plaintiffs' dismissal of the entire action with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: January 19, 2024

**DUANE MORRIS LLP**

By: /s/ Karen L. Alexander
Patricia P. Hollenbeck
Karen L. Alexander
*Attorneys for Defendant Roberts*

Dated: January 19, 2024

**CLAYEO C. ARNOLD, PC**

By: /s/ Joshua H. Watson     (as authorized on 1-18-24)
Joshua H. Watson
*Attorneys for Plaintiffs*

## JUDICIAL ENDORSEMENT (L.R.143)

IT IS SO ORDERED.

Dated: January 22, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE